**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 347 MAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
EMANON KEITH SHANNON, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**. Further, the Application for Relief is **DENIED** as moot.

    Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.